Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; CAPITOL RECORDS, LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>Chloe Melton,<br><br>Defendant. | No. 3:08-cv-05566-RBL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE** |

This matter comes before the Court on Plaintiffs' Motion for Extension of Time to Effectuate Service. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and for good cause shown, this Court GRANTS Plaintiffs' Motion. The Court hereby ORDERS that

**YARMUTH WILSDON CALFO PLLC**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WA 98104
T 206 516 3800  F 206 516 3888

the time for Plaintiffs to serve the Defendant with the Summons and Complaint in this matter is extended by 90 days from the date of the entry of this Order.

DATED this 6th day of May, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

*Presented by:*

YARMUTH WILSDON CALFO PLLC

By *s/Lyle A. Tenpenny*
Scott T. Wilsdon, WSBA #20608
Lyle A. Tenpenny, WSBA #34883
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Phone: 206.516.3800
Fax: 206.516.3888
Email: wilsdon@yarmuth.com
ltenpenny@yarmuth.com

Attorneys for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE (No. C08-5566-RBL) – Page 2

**YARMUTH WILSDON CALFO PLLC**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WA 98104
T 206 516 3800  F 206 516 3888

305.69 jd221302