1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
9
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
10

UMG RECORDINGS, INC., a Delaware
11    corporation; ZOMBA RECORDING             No. 3:08-cv-05566-RBL
LLC, a Delaware limited liability
12    company; CAPITOL RECORDS, LLC, a         JUDGMENT AND PERMANENT
Delaware limited liability company;      INJUNCTION BASED ON
13    VIRGIN RECORDS AMERICA, INC., a          STIPULATION
California corporation; ELEKTRA
14    ENTERTAINMENT GROUP INC., a
Delaware corporation; ARISTA
15    RECORDS LLC, a Delaware limited
liability company; and BMG MUSIC, a
16    New York general partnership,
17
                      Plaintiffs,
18
          v.
19
CHLOE MELTON,
20
                      Defendant.
21
22
23          The Court, having considered the Stipulation to Judgment and Permanent Injunction

24    executed by the parties,

25          IT IS ORDERED AND ADJUDGED THAT:

26          1.      Defendant shall pay to Plaintiffs in settlement of this action the sum of

$6780.00.

YARMUTH WILSDON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

1      2.      Defendant shall pay Plaintiffs' costs of suit (complaint filing fee and service

2  of process fee) in the amount of $420.00.

3      3.      Defendant shall be and hereby is enjoined from directly or indirectly

4  infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and in

5  any sound recording, whether now in existence or later created, that is owned or controlled

6  by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs'

7  Recordings"), including without limitation by:

8      using the Internet or any online media distribution system to reproduce (*i.e.*,

9      download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs'

10     Recordings, or to make any of Plaintiffs' Recordings available for distribution to the

11     public, except pursuant to a lawful license or with the express authority of Plaintiffs;

12     or

13     causing, authorizing, permitting, or facilitating any third party to access the

14     Internet or any online media distribution system through the use of an Internet

15     connection and/or computer equipment owned or controlled by Defendant, to

16     reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload)

17     any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for

18     distribution to the public, except pursuant to a lawful license or with the express

19     authority of Plaintiffs.

20  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant and/or any

21  third party that has used the Internet connection and/or computer equipment owned or

22  controlled by Defendant has downloaded without Plaintiffs' authorization onto any

23  computer hard drive or server owned or controlled by Defendant, and shall destroy all

24  copies of those downloaded recordings transferred onto any physical medium or device in

25  Defendant's possession, custody, or control.

26

YARMUTH WILSDON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

4. Defendant irrevocably and fully waives notice of entry of the Judgment and Permanent Injunction, and understands and agrees that violation of the Judgment and Permanent Injunction will expose Defendant to all penalties provided by law, including for contempt of Court.

5. Defendant irrevocably and fully waives any and all right to appeal this Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

6. Nothing contained in the Judgment and Permanent Injunction shall limit the right of Plaintiffs to recover damages for any and all infringements by Defendant of any right under federal copyright law or state law occurring after the date Defendant executes the Stipulation to Judgment and Permanent Injunction.

7. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and Permanent Injunction.

DATED this 14th day of October, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

_____

*Presented by:*

YARMUTH WILSDON CALFO PLLC

By s/Lyle A. Tenpenny
_____
Scott T. Wilson, WSBA #20608
Lyle A. Tenpenny, WSBA #34883
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Phone: 206.516.3800
Fax: 206.516.3888
Email: wilsdon@yarmuth.com
        ltenpenny@yarmuth.com

Attorneys for Plaintiffs

YARMUTH WILSDON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

305.69 jj131301 10/14/09